United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2010

Clerk of Court

United States District Court
Southern District of Texas
FILED

MAR - 2 2010

Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. B-09-1295 |
| ISRAEL AMARO-OLVERA<br>a/k/a Gilberto Perez<br>a/k/a Rene Perez Godines<br>a/k/a Roblero Ogey-Lopez | § § § § | |

## ORDER

BE IT REMEMBERED on this _2_ day of _March_, 20_10_, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed December 1, 2009, wherein the defendant Israel Amaro-Olvera waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Israel Amaro-Olvera to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Israel Amvaro-Olvera guilty of the offense of alien unlawfully being present in the United States after having been deported, in violation of 8 U.S.C. 1326(a).

SIGNED this the _2_ day of _March_, 20_10_.

Hilda G. Tagle
United States District Judge